```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**CHRISTOPHER D. BAILEY,**

    **Plaintiff,**

                              Civil Action 2:11-CV-554
    **vs.**                         Judge Economus
                              Magistrate Judge King

**USEC INC.,** *et al.***,**

    **Defendants.**

<u>ORDER</u>

    The Court conferred with counsel, by telephone, on May 22, 2012.

    Plaintiffs have filed a motion to certify, Doc. No. 35. Defendants currently expect to respond to that motion within rule.

    Defendants report that plaintiffs' requests for production of documents will likely produce an overwhelming number of documents. The parties have agreed to work to narrow the search terms. Plaintiffs will provide to defendants, by May 25, 2012, a list of proposals in that regard.

    Considering the pendency of the motion to dismiss as well as the issues relating to the scope of document production, the parties suggest – and the Court agrees – that an extension of certain interim deadlines is appropriate.  It is therefore **ORDERED** as follows:

    All fact discovery must be completed no later than August 15, 2012.

    The reports of primary experts must be produced no later than September 15, 2012; the reports of rebuttal experts must be produced November 1, 2012.  If the expert is specially retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specially retained, the reports must

conforms to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.

    All expert discovery must be completed by December 1, 2012.

    The parties are advised that these discovery completion dates require that discovery requests be made sufficiently in advance to permit timely response by that date.

    **The referral of the case to the September 2012 Settlement Week, and the January 15, 2013 date for filing motions for summary judgment, remain in effect.**

    If any date herein falls in a weekend or holiday, the next business day will control.

May 22, 2012                                      *s/Norah McCann King*
                                                      Norah McCann King
                                            United States Magistrate Judge